IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 1:12-cv-42-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARETHA F. GRANT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING THE UNITED STATES'
AGREED MOTION TO STAY ALL EXTANT DEADLINES IN SCHEDULING ORDER**

This matter is before the Court on the United States' Agreed Motion to Stay All Extant Deadlines in Scheduling Order. Specifically, the United States' requests a stay of the deadlines set forth in paragraphs 11 through 14 of the scheduling order [Dkt. No. 14]. Having reviewed the motion, applicable law, and the record herein, the Court finds that good cause exists to stay those deadlines pending the resolution of the United States' Motion for Partial Summary Judgment [Dkt. No. 23] and Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) [Dkt. No. 24].

Accordingly, it is hereby ORDERED that the United States' Agreed Motion to Stay All Extant Deadlines in Scheduling Order is **GRANTED**; and it is further ORDERED that after the pending motions are resolved, the Court will reset the deadlines set forth in paragraphs 11 through 14 of the scheduling order, if necessary.

**IT IS SO ORDERED**.

*J. Michelle Childs*

UNITED STATES DISTRICT JUDGE

Greenville, South Carolina
January 23, 2013