AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:12-00042-JMC |
| | ) | |
| | ) | |
| Aretha F. Grant | ) | |
| *Defendant* | | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: partial summary judgment is entered for plaintiff, United States of America against defendant, Aretha F. Grant with prejudice on account of her unpaid federal income tax liabilities for the 1999, 2000, 2001, 2002, 2003 and 2005 tax years in the amount of Two Hundred Seventy-Seven Thousand Two Hundred Two and 09/100 ($277,202.09) Dollars, as of November 26, 2012, plus interest from that date pursuant to 26 U.S.C. §§ 6621 and 6622. Post judgment interest shall run at the rate of .15%.  The court having entered and order of dismissal as to plaintiff's claim to reduce to judgment defendants 2006, 2008, and 2009 tax liabilities it is further ordered these claims are dismissed without prejudice pursuant to Rule 41(a)(2).

This action was *(check one)*:

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted in part the plaintiff's motion for summary judgment as to defendant's income tax liabilities for the 1999, 2000, 2001, 2002, 2003, and 2005 tax years and dismissing without prejudice plaintiff's claim to reduce judgment as to defendant's 2006, 2008 and 2009 tax liabilities.

Date:   July 15, 2013                                       *CLERK OF COURT*

                                                            s/Angie Snipes
                                                _____
                                                *Signature of Clerk or Deputy Clerk*